Dennis N. Lueck, Jr. (SBN 292414)
dlueck@hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071
Telephone:  310-680-2800
Facsimile:   310-614-7399

Ashley M. Brettingen (SBN 315703)
abrettingen@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
Telephone:  310-909-8000
Facsimile:   310-909-8001

Attorneys for Defendant
GENERAL REVENUE CORPORATION, UNITED STUDENT AID FUNDS, INC. and STRADA EDUCATION NETWORK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NORMA WILLIAMS,<br><br>                    Plaintiff,<br><br>       vs.<br><br>GENERAL REVENUE CORPORATION; UNITED STUDENT AID FUNDS, INC.; STRADA EDUCATION NETWORK, INC.; and DOES 1-10,<br><br>                    Defendants. | Case No. 5:19-cv-00495-CAS-SHK<br><br>(Hon. Christina A. Snyder; Courtroom 8D)<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint Filed: March 20, 2019 |

**PLEASE TAKE NOTICE THAT** Defendants General Revenue Corporation ("GRC"), United Student Aid Funds, Inc. ("USAF"), and Strada Education Network, Inc. ("Strada") (collectively, "Defendants"), by and through their undersigned counsel and pursuant to Local Rule 83-1.3, hereby provide notice of the following related case: *Norma Williams v. Navient Solutions, LLC, et al.*, United

1
NOTICE OF RELATED CASE

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

303736721v1 1005281

States District Court, Central District of California, Case No. 5:18-cv-01189-JGB-SHK. Plaintiff originally filed this civil action in the Superior Court of California, County of San Bernardino on May 4, 2018, and it was thereafter timely removed to the United States District Court, Central District of California.

All of the claims in *Williams v. Navient Solutions, LLC, et al.*, as well as the claims in the action pending before this Court, (i) arise out of the same or substantially related transaction, happening, and event, (ii) will require a determination of the same or substantially related or similar questions of law and fact, and (iii) would entail substantial duplication of labor if heard by different judges.

Both cases arise out of Plaintiff's delinquent federal student loans, and the purported efforts performed by Defendants to collect the outstanding loan balance.[1] In both cases, Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA") and Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act") against all defendants.[2]

In *Williams v. Navient Solutions, LLC, et al.*, Plaintiff alleges that USAF and GRC, as well as defendants Navient Solutions, LLC and Pioneer Credit Recovery, Inc., improperly engaged in efforts to collect her student loan debt after the loans had allegedly been paid in full.

Here, in *Williams v. General Revenue Corporation, et al.*, Plaintiff alleges that Defendants improperly attempted to communicate with her directly regarding her delinquent student loans after being informed that she was represented by counsel. Plaintiff also alleges that excessive and unauthorized collection fees were improperly assessed to her student loan account by Defendants.

---

[1] Strada was erroneously named as a defendant in both lawsuits, and has accordingly been dismissed by Plaintiff in *Williams v. Navient Solutions, LLC, et al.*

[2] Plaintiff also asserts claims for negligence and negligent infliction of emotional distress against the defendants in *Williams v. Navient Solutions, LLC, et al.*

2
NOTICE OF RELATED CASE

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

303736721v1 1005281

Furthermore, the parties have reached a settlement, the material terms of which have been agreed to and codified by the parties, encompassing the claims asserted in both *Williams v. Navient Solutions, LLC, et al.* and *Williams v. General Revenue Corporation, et al.* Notices of Settlement have likewise been filed in both cases.

Accordingly, Defendants respectfully submit that these two matters are related, and should both be assigned to the Hon. Jesus G. Bernal.

DATED: May 29, 2019                    Hinshaw & Culbertson LLP

By: /s/ *Ashley M. Brettingen*
Dennis N. Lueck, Jr.
Ashley M. Brettingen
Attorneys for Defendants
GENERAL REVENUE CORPORATION, UNITED STUDENT AID FUNDS, INC. and STRADA EDUCATION NETWORK, INC.

HINSHAW & CULBERTSON LLP
11601 Wilshire Blvd.
Suite 800
Los Angeles, CA 90025
310-909-8000

3
NOTICE OF RELATED CASE

303736721v1 1005281